1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      JAMES CURTIS KERN,                        No.  2:24-cv-0736 DJC CKD P

12                   Plaintiff,

13              v.                                ORDER

14      HA, et al.,

15                   Defendants.

16

17          Plaintiff, proceeding in forma pauperis, has submitted a subpoena for records.  Good

18   cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court forward the subpoena to

19   the U.S. Marshal's Service for service.

20   Dated:  April 23, 2025

21                                               _____
                                                 CAROLYN K. DELANEY
22                                               UNITED STATES MAGISTRATE JUDGE

23

24

25   1
     kern0736.sub
26

27

28