UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KERN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY HA, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-0736 DJC CKD P<br><br><br>ORDER |

Plaintiff has filed a motion to compel a response to a subpoena. However, plaintiff does not indicate upon whom the subpoena at issue was served, nor that the motion to compel was served upon that person or entity. For these reasons, the motion to compel (ECF No. 33) is denied.

Dated: August 4, 2025

　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
kern0736.mtc