1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES KERN,                              No.  2:24-cv-0736 DJC CKD P

12                    Plaintiff,

13          v.                                 ORDER

14    DEPUTY HA,

15                    Defendants.

16

17          On August 1, 2025, defendant Ha filed a motion for summary judgment.  It appears that

18    service of the motion with a flash drive was blocked by Pelican Bay State Prison staff as

19    "contraband." (ECF No. 40.)

20          Good cause appearing, IT IS HEREBY ORDERED that defendant Ha is granted 30 days

21    within which to re-serve his motion for summary judgment and file a certificate of service with

22    the court.  The court suggests that counsel for defendant Ha contact the litigation coordinator at

23    Pelican Bay State Prison for assistance with service.

24    Dated:  September 22, 2025

25                                             _____
                                              CAROLYN K. DELANEY
26                                             UNITED STATES MAGISTRATE JUDGE

27    1
      kern0736.rs
28

                                        1