UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KERN,

        Plaintiff,

   v.

DEPUTY HA, et al.,

        Defendants.

No.  2:24-cv-0736 DJC CKD P

ORDER

     Plaintiff, a prisoner at Pelican Bay State Prison is proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983.  On November 4, 2025, defendant Ha served upon plaintiff a motion for summary judgment including 3 small audio / visual files identified as exhibits 2-4. Counsel for defendant Ha has informed the court that plaintiff will not be permitted to view the exhibits without a court order.   Pursuant to the court's authority to enter orders in aid of its jurisdiction under 28 U.S.C. § 1651, the court will issue the requested order.  However, the Warden at Pelican Bay is notified that there is no provision in the Federal Rules of Civil Procedure suggesting the California Department of Corrections and Rehabilitation (CDCR) has any authority to require litigants to obtain a court order before permitting prisoner / plaintiffs to view audio / visual files which are exhibits to a motion for summary judgment.  If such requirements are placed upon litigants in the future, the court would entertain a motion for reimbursement of attorney fees spent for obtaining CDCR's compliance with federal law.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 10 days, the Warden at Pelican Bay State Prison shall provide plaintiff an opportunity and reasonable amount of time to view exhibits 2-4 to defendant Ha's motion for summary judgment.

2. The Clerk of the Court is directed to serve this order upon the Warden at Pelican Bay State Prison and Counselor Joshua Rush, Pelican Bay State Prison.

3. Within 5 days of compliance with this order, the Warden, or designee, shall serve upon defendant Ha and the court a certificate of compliance.

4. Plaintiff's opposition to defendant Ha's motion for summary judgment shall be served no later than December 15, 2025.

Dated: November 7, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kern0736.co